1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
   michelle_betancourt@fd.org
5
6  Attorneys for Defendant Mr. Garcia-Gonzalez
7
8                     UNITED STATES DISTRICT COURT
9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )   Case No. 08mj0411-01
                                    )
12          Plaintiff,               )
                                    )
13 v.                               )
                                    )   **NOTICE OF APPEARANCE**
14 **JOSE ANGEL GARCIA-GONZALEZ**,   )
                                    )
15          Defendant.               )
                                    )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the
19 above-captioned case.
20                                              Respectfully submitted,
21 Dated: February 15, 2008                     s/ *Michelle Betancourt*
                                                **MICHELLE BETANCOURT**
22                                              Federal Defenders of San Diego, Inc.
                                                Attorneys for Defendant
23                                              michelle_betancourt@fd.org
24
25
26
27
28